FILED
U.S. DISTRICT COURT

_____ -4  PM 3: 41

_____
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN,                   :
                                    :
        Plaintiff                   :
                                    :
    VS.                             :
                                    :
3rd Shift Guards CANNON and         :        NO. 1:06-cv-114 (WLS)
RICHARDS,                           :
                                    :
        Defendants                  :        **O R D E R**

Before the Court is plaintiff **GREGORY GILLILAN'S** "Motion to Dismiss" the instant

action (Tab # 10).  This Court dismissed plaintiff's 42 U.S.C. § 1983 complaint as frivolous by

order dated August 18, 2006, and final judgment was entered against plaintiff.  Plaintiff's appeal

of this action was dismissed by the Eleventh Circuit Court of Appeals on September 26, 2006.

Accordingly, plaintiff's "Motion to Dismiss" is **DENIED** as **MOOT**, and will have no effect

upon this Court's disposition of the matter.

    **SO ORDERED**, this ___4th___ day of October, 2006.


_____
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE